# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3557
LT Case No. 1991-CF-000072-C

_____

JEROME ALLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.802 Appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Jerome Allen, Florida City, pro se.

No Appearance for Appellee.

May 14, 2024

PER CURIAM.

AFFIRMED.

EISNAUGLE, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____